1  RAYMOND A. POLICAR (#84253)
   HAUSER & MOUZES
2  A Professional Law Corporation
   18826 N. Lower Sacramento Road, Suite H
3  Post Office Box 1397
   Woodbridge, CA  95258-1397
4  Telephone: (209) 368-1368
   Facsimile: (209) 368-1472
5  E-mail: *hausermouzes@softcom.net*

6  Attorneys for Plaintiff
   Financial Federal Credit Inc.
7  a Texas corporation

8

                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10
                                **FRESNO**
11

12  FINANCIAL FEDERAL CREDIT INC.,      )   Case No.  1:05-MC-8
    a Texas corporation,                )
13                                       )   **ORDER TO SHOW CAUSE WHY ORDER**
                Plaintiff,               )   **FOR SALE OF DWELLING SHOULD**
14                                       )   **NOT BE MADE**
    v.                                   )
15                                       )   **Date of Judgment: February 3, 2005**
    JOHN E. TANNEY, and KERRY B. TANNEY, )
16                                       )   **Date: June 15, 2007**
                Defendants.              )   **Time:  9:00 a.m.**
17                                       )   **Courtroom 9**
    _____ )
18

19       **TO: JUDGMENT DEBTOR KERRY B. TANNEY AND TO NANCY MAE TANNEY,**

20  **SPOUSE OF THE JUDGMENT DEBTOR:**

21       The court having considered the Application of judgment creditor Financial Federal Credit Inc.,

22  for an order for sale of the dwelling commonly known as 3240 W. Locan Avenue, Fresno, California,

23  93727 and for good cause

24       **IT IS HEREBY ORDERED** that the judgment debtor Kerry B. Tanney and his spouse Nancy

25  Mae Tanney appear on June 15, 2007 at 9:00 a.m. in Courtroom 9 of this court located at 2500 Tulare,

26  Fresno, California, to show cause, if any, why the attached Ex Parte Application for Sale of Dwelling

27  should not be granted.

28  ///

                                         1
    _____
    Order To Show Cause Re Sale of Dwelling

1    **IT IS FURTHER ORDERED** that a copy of this Order to Show Cause, of the Ex Parte

2    Application of the judgment creditor and of the Notice of Hearing in the form prescribed by the

3    California Judicial Council shall be served, personally or by mail, on the judgment debtor and upon his

4    spouse Nancy Mae Tanney.  Copies of each of these documents shall also be personally served on the

5    occupants of the dwelling or, if no occupant(s) is/are present at the time of service, posted in a

6    conspicuous place at the dwelling.  Service and posting of these documents shall be accomplished at

7    least thirty days before the date of the hearing set forth above.

8        IT IS SO ORDERED.

9        **Dated:** ___**April 27, 2007**___             _____/s/ **Dennis L. Beck**_____
                                                          UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                2

_____
Order To Show Cause Re Sale of Dwelling