1  RAYMOND A. POLICAR (#84253)
   HAUSER & MOUZES
2  A Professional Law Corporation
   18826 N. Lower Sacramento Road, Suite H
3  Post Office Box 1397
   Woodbridge, CA  95258-1397
4  Telephone: (209) 368-1368
   Facsimile: (209) 368-1472
5  E-mail: *hausermouzes@sbcglobal.net*

6  Attorneys for Judgment Creditor
   Financial Federal Credit Inc.
7  a Texas corporation

8                    UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10                            FRESNO

11

12  FINANCIAL FEDERAL CREDIT INC.,          )   Case No.  1:05-MC-8
    a Texas corporation,                    )
                                            )   **STIPULATION FOR CONTINUANCE OF**
13            Plaintiff,                     )   **HEARING ON ORDER TO SHOW CAUSE**
                                            )   **FOR SALE OF DWELLING AND ORDER**
14  v.                                      )   **THEREON**
                                            )
15  JOHN E. TANNEY, and KERRY B. TANNEY,    )
                                            )   Date:        June 15, 2007
16            Defendants.                    )   Time:        10:00 a.m.
    _____)   Dept:        9

17

18          **IT IS HEREBY STIPULATED** among and between the parties hereto, Judgment Creditor

19  Financial Federal Credit Inc. through its attorney of record Raymond A. Policar of the Law Offices of

20  Hauser & Mouzes and Judgment Debtor Kerry Tanney through his attorney of record, David Rowell that

21  the hearing upon Judgment Creditor's application for an Order to Show Cause for Sale of Dwelling

22  presently scheduled for June 15, 2007 at 10:00 a.m. in Department 9 of this court be continued for a

23  period of not less than forty-five days to allow Judgment Debtor Kerry Tanney a reasonable period of

24  time in which to attempt to sell or refinance the property subject to the application or otherwise resolve

25  this judgment with Financial Federal Credit Inc. so that the judgment can be satisfied without the sale of

26  the subject real property by the United States Marshal's Office.  The parties hereto request that the this

27  court reschedule the hearing on the application to a date upon the court's calendar no earlier than August

28  1, 2007.

                                            1
    _____
    Stip for Cont. of Hrg OSC for Sale of Dwelling

1  The parties hereto agree that good cause exists for the court to allow this hearing to take place

2  outside the time provisions provided by California Code of Civil Procedure §704.770(a) which requires

3  the hearing shall be not later than forty-five days afer the application is filed or such later time as the

4  court orders upon a showing of good cause.  Good cause hereto is shown by the circumstance that the

5  Judgment Debtor is attempting to sell or refinance the subject property or make other settlement

6  arrangements in an effort to resolve the judgment with the Judgment Creditor and without the necessity

7  of the Marshal's execution thereon.

8  Date: May 30, 2007

9  HAUSER & MOUZES
   A Professional Law Corporation

10

11  /s/ Raymond A. Policar

12  _____
    Raymond A. Policar, Attorney for
    Judgment Debtor, Financial Federal Credit Inc.

13

14  Date: June 5, 2007

15

16

17  /s/ David Rowell

18  _____
    David Rowell, Attorney for
    Judgment Debtor Kerry Tanney

19

20

21

22

23

24

25

26

27

28

2

_____
Stip for Cont. of Hrg OSC for Sale of Dwelling

1

**ORDER**

2          After review of the Stipulation for Continuance of Hearing on Order to Show Cause For Sale of

3    Dwelling and Order Thereon, the court finds that there is good cause to continue the hearing on the

4    Application for Order for Sale of Dwelling and Issuance of Order to Show Cause Why Order for Sale of

5    Dwelling Should Not be Made to be heard outside of the forty-five day period as provided in California

6    Code of Civil Procedure §704.770(a).  Therefore, good cause appearing therefore,

7          **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the hearing on Judgment

8    Creditor's Application for Order for Sale of Dwelling and Issuance of Order to Show Cause Why Order

9    for Sale of Dwelling Should Not be Made presently scheduled for June 15, 2007 at 10:00 a.m. in

10   Department 9 of this court shall be continued to August 10, 2007 at 9:00 a.m. in Department 9 of this

11   court, in compliance with California Code of Civil Procedure §704.770(a).

12

13

14

15          IT IS SO ORDERED.

16          **Dated:   June 6, 2007**               **/s/ Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

3

_____
Stip for Cont. of Hrg OSC for Sale of Dwelling