1   RAYMOND A. POLICAR (#84253)
    HAUSER & MOUZES
2   A Professional Law Corporation
    18826 N. Lower Sacramento Road, Suite H
3   Post Office Box 1397
    Woodbridge, CA  95258-1397
4   Telephone: (209) 368-1368
    Facsimile: (209) 368-1472
5   E-mail: *hausermouzes@sbcglobal.net*

6   Attorneys for Judgment Creditor
    Financial Federal Credit Inc.
7   a Texas corporation

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10                                **FRESNO**

11
    FINANCIAL FEDERAL CREDIT INC.,          )   Case No.  1:05-MC-8
12  a Texas corporation,                    )
                                            )   **ORDER FOR SALE OF DWELLING**
13              Plaintiff,                   )
                                            )
14  v.                                      )
                                            )   Date:      August 10, 2007
15  JOHN E. TANNEY, and KERRY B. TANNEY,    )   Time:      9:00 a.m.
                                            )   Dept:      9
16              Defendants.                 )   Judge:     Honorable Dennis L. Beck
    _____)              U.S. Magistrate Judge

17

18          On August 10, 2007, at 9:00 a.m,  Judgment Creditor Financial Federal Credit Inc.'s Application

19  for Order for Sale of Dwelling and Issuance of Order to Show Cause Why Order For Sale of Dwelling

20  Should Not be Made was scheduled to be heard.  As no opposition to the Application was timely filed,

21  the Court took the matter under submission without oral arguments. Neither judgment debtor Kerry B.

22  Tanney or any spouse of Kerry B. Tanney, or an attorney on behalf of either filed an opposition.  After

23  review of the Ex Parte Application for Order for Sale of Dwelling and the pleadings and papers on file in

24  this action, good cause appearing therefore,

25          **IT IS HEREBY ORDERED** that the Application for Order for Sale of Dwelling is hereby

26  granted, and the dwelling is to be sold.  The dwelling that is the subject matter of this order is located at

27  3250 N. Locan Avenue, Fresno, California, 93727, Fresno County Assessor's Parcel

28  No. 310-230-27 and is legally described as follows:

                                            1
    _____
    Order For Sale of Dwelling

The land situated in the County of Fresno, State of California, described as follows:

The westerly 625.72 feet of parcel 1 of parcel map 3102, in the County of Fresno, State of California, according to the map thereof recorded in Book 20 at Page 83 of parcel maps, Fresno County records.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that the records of the Fresno Tax Assessor's Office indicates that there is not a current homeowners exemption for the property and therefore the judgment debtor Kerry B. Tanney and his spouse are granted a homestead exemption in the sum of $75,000.00.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that the liens and encumbrances that are superior to that of Financial Federal Credit Inc. and the amounts needed to pay those liens are as follows:

(a)     Deed of Trust dated July 18, 1996, and recorded on July 30, 1996, in favor or National Pacific Mortgage Corporation, subsequently assigned to Old Kent Mortgage Company on November 15, 1996, subsequently assigned to Mortgage Electronic Registration Systems, Inc., a Delaware corporation on March 9, 2001, subsequently acquired by Washington Mutual Bank, FA, successor in interest on January 14, 2004.  The amount due and owing on this Deed of Trust is the sum of $175,000.00.  The address for the beneficiary are National Pacific Mortgage Corporation, 2150 Towne Centre Place, Suite 300, Anaheim, California, 92806; Old Kent Mortgage Company  c/o State Street Bank and Trust, 225 Franklin Street-MCO, Boston, Massachusetts, 02101; Mortgage Electronic Registration System, Inc., P.O. Box 2026, Flint, Michigan, 48501-2026; Washington Mutual Bank, FA, 7255 Baymeadows Way, Jacksonville, Florida, 32256; and Washington Mutual Bank, FA, c/o U.S. Recordings, Inc., 2925 Country Drive, Suite 201, St. Paul, Minnesota, 55117.

(b)     An Abstract of Judgment in favor of Summit Investments based upon a Judgment issued from the Fresno County Municipal Court in action #C98904731-7 and recorded on December 14, 1998, in the original sum of

Order For Sale of Dwelling

2

1    $17,694.04.  The address for Summit Investments is c/o of Thomas

2    Boehm and Trevor C. Clegg, 2090 N. Winery Avenue, Fresno, California,

3    93703; and Data-Central Collection Bureau in c/o Harold L. Williams,

4    Attorney at Law, 2600 W. Shaw Lane, Fresno, California, 93711.

5    (c)    An Abstract of Judgment recorded on July 8, 1999, in an action filed in

6    Fresno County Superior Court action #C99900030-8 in the  amount of

7    $19,425.00.  The address for Summit Investments is c/o of Thomas

8    Boehm and Trevor C. Clegg, 2090 N. Winery Avenue, Fresno, California,

9    93703.

10    (d)    An Abstract of Judgment recorded on September 12, 2000, in an action

11    filed in Fresno County Superior Court action #C00905100-4, in favor of

12    Status Central Collection Bureau in the sum of $8,080.77.  The address for

13    Data-Central Collection Bureau in c/o Harold L. Williams, Attorney at

14    Law, 2600 W. Shaw Lane, Fresno, California, 93711.

15    **IT IS FURTHER ORDERED, ADJUDGE AND DECREED** that the court determines that the

16    fair market value of the dwelling is the sum of $600,000.00.

17    **IT IS FURTHER ORDERED, ADJUDGE AND DECREED** that a certified copy of this order

18    should be transmitted to the United States Marshals Office.

19    IT IS SO ORDERED.

20    **Dated:   August 20, 2007**            **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

Order For Sale of Dwelling