| | |
|---|---|
| 1 | RAYMOND A. POLICAR (#84253) |
|   | HAUSER & MOUZES |
| 2 | A Professional Law Corporation |
|   | 18826 N. Lower Sacramento Road, Suite H |
| 3 | Post Office Box 1397 |
|   | Woodbridge, CA  95258-1397 |
| 4 | Telephone: (209) 368-1368 |
|   | Facsimile: (209) 368-1472 |
| 5 | E-mail: *hausermouzes@sbcglobal.net* |
| 6 | Attorneys for Judgment Creditor |
|   | Financial Federal Credit Inc. |
| 7 | a Texas corporation |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO**

| | | |
|---|---|---|
| FINANCIAL FEDERAL CREDIT INC., | ) | Case No.  1:05-MC-8 |
| a Texas corporation, | ) | **"AMENDED" STIPULATION FOR** |
|  | ) | **CONTINUANCE OF HEARING ON** |
| Plaintiff, | ) | **REHEARING OF ORDER TO SHOW** |
|  | ) | **CAUSE FOR SALE OF DWELLING AND** |
| v. | ) | **ORDER THEREON** |
|  | ) |  |
| KERRY B. TANNEY, | ) |  |
|  | ) | Date:        February 8, 2008 |
| Defendant. | ) | Time:        9:00 a.m. |
| _____ | ) | Dept:        9 |

**IT IS HEREBY STIPULATED** among and between the parties hereto, Judgment Creditor Financial Federal Credit Inc. through its attorney of record Raymond A. Policar of the Law Offices of Hauser & Mouzes and Judgment Debtor Kerry Tanney through his attorney of record, David Rowell that the hearing upon Judgment Debtor's Request For Rehearing of the Order to Show Cause for Sale of Dwelling presently scheduled for December 14, 2007 at 9:00 a.m. in Department 9 of this court be continued to February 8, 2008 at 9:00 a.m. to allow Judgment Debtor Kerry Tanney a reasonable period of time in which to resolve this judgment with Financial Federal Credit Inc. so that the judgment can be satisfied without the sale of the subject real property by the United States Marshal's Office.  The parties hereto request that the this court reschedule the hearing on the application to a date upon the court's calendar no earlier than February 1, 2008.

The parties hereto agree that good cause exists for the court to allow this hearing to take place

1 outside the time provisions provided by California Code of Civil Procedure §704.790(d) which requires
2 the hearing shall be not later than twenty days after the application is filed or such later time as the court
3 orders upon a showing of good cause.  Good cause hereto is shown by the circumstance that the
4 Judgment Debtor is attempting to make settlement arrangements in an effort to resolve the judgment
5 with the Judgment Creditor and without the necessity of the Marshal's execution thereon.

Date: December 13, 2007

               HAUSER & MOUZES
               A Professional Law Corporation

               */s/ Raymond A. Policar*
               _____
               Raymond A. Policar, Attorney for
               Judgment Debtor, Financial Federal Credit Inc.

Date: December 13, 2007

               */s/ David Rowell*
               _____
               David Rowell, Attorney for
               Judgment Debtor Kerry Tanney

**ORDER**

After review of the Stipulation for Continuance of Hearing on Rehearing of Order to Show Cause For Sale of Dwelling and Order Thereon, the court finds that there is good cause to continue the hearing on the Application for Order for Sale of Dwelling and Issuance of Order to Show Cause Why Order for Sale of Dwelling Should Not be Made to be heard outside of the forty-five day period as provided in California Code of Civil Procedure §704.770(a). Therefore, good cause appearing therefore,

**IT IS HEREBY ORDERED,** that the hearing on Judgment Debtor's Rehearing of Order for Sale of Dwelling and Issuance of Order to Show Cause Why Order for Sale of Dwelling Should Not be Made presently scheduled for December 14, 2007 at 9:00 a.m. in Department 9 of this court shall be continued to February 8, 2008 at 9:00 a.m. in Department 9 of this court, in compliance with California Code of Civil Procedure §704.790(d).

IT IS SO ORDERED.

Dated:   **December 18, 2007**            /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

---

3
Amended Stip for Cont. of Hrg on Rehrg OSC for Sale of Dwelling